IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) ROBERTO EXCLUSA-MALDONADO a/k/a Cano<br>Defendant | CRIMINAL 10-0347CCC |

# O R D E R

Having considered the Report and Recommendation filed on July 11, 2011 (**docket entry 82**) on a Rule 11 proceeding of defendant Roberto Exclusa-Maldonado held before U.S. Magistrate Judge Camille L. Vélez-Rivé on June 28, 2011, to which no opposition has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant Roberto Exclusa-Maldonado is accepted.  The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.  Defendant is advised that the Court will defer its decision on acceptance of the plea until it reviews the Presentence Report, pursuant to Fed. R. Crim. P. 11(c)(3)(A).

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since June 28, 2011.  The **sentencing hearing is set for September 30, 2011, 2011 at 4:15 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on August 5, 2011.

S/CARMEN CONSUELO CEREZO
United States District Judge